Douglas E. Dexter (State Bar No. 115868)
  ddexter@fbm.com
Rebecca H. Stephens (State Bar No. 299234)
  rstephens@fbm.com
Carolina A. Garcia (State Bar No. 311261)
  cgarcia@fbm.com
Samantha M. Fong (State Bar No. 359656)
  sfong@fbm.com
Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant
AMAZON.COM SERVICES LLC
(erroneously sued as AMAZON SMF3)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| ATEFA SAMADI, | Case No. 2:25-cv-03257-DC-JDP |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF REGARDING RESPONSIVE PLEADING DEADLINE** |
| vs. | |
| AMAZON SMF3, | |
| Defendant. | Assigned to Judge Dena M. Coggins for All Purposes |
| | Action Filed:   July 14, 2025<br>Trial Date:      None Set |

Before the Court is Defendant Amazon SMF3's[1] ("Amazon") Motion for Administrative Relief Regarding Responsive Pleading Deadline.

/ / /

/ / /

/ / /

---

[1] Amazon.com Services LLC is erroneously sued as "Amazon SMF3."

[PROPOSED] ORDER - Case No. 3:25-cv-07525                                     47311\20728731.1

1  The Court, having considered the Motion and all papers submitted in connection with the
2  motion, hereby ORDERS that Amazon's Motion for Administrative Relief is GRANTED and that
3  Amazon may file an answer or a Rule 12 motion within 14 days of this Order.

IT IS SO ORDERED.

Dated:   November 18, 2025

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE