UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATEFA SAMADI, | Case No.  2:25-cv-3257-DC-JDP (PS) |
| Plaintiff, | |
| v. | ORDER |
| AMAZON SMF3, | |
| Defendant. | |

On December 2, 2025, defendant filed a motion to dismiss, which it noticed for hearing on January 22, 2026.  ECF Nos. 25 & 27.  In violation of Local Rule 230(c), plaintiff failed to timely file a response to defendant's motion.  Accordingly, on January 12, 2026, I ordered plaintiff to show cause by no later than January 26, 2026, why this action should not be dismissed for failure to comply with the court's local rules.  ECF No. 29.  I notified her that if she wished to continue this lawsuit, she also needed to file either an opposition or statement of non-opposition to defendant's motion.  *Id*.

Plaintiff failed to timely respond to that order.  Accordingly, on February 10, 2026, I recommended that this action be dismissed without prejudice for failure to prosecute, failure to comply with the court's local rules, and failure to comply with court orders.  ECF No. 31.  I also notified the parties that any objections to that recommendation were to be filed within fourteen days.  *Id.*  On February 13, 2026, plaintiff filed objections to the findings and recommendations.

ECF No. 32.  In her objections, plaintiff states that the undersigned failed to consider voicemails that she left with court staff.  *Id.*

The docket does not reflect that plaintiff filed a response to defendant's motion. Nevertheless, in light of plaintiff's objections, I will afford her one final opportunity to file either an opposition or statement of non-opposition to defendant's motion to dismiss.  Plaintiff is warned that the court will not consider ex parte communications; all communications must be made by filing documents with the Clerk of Court.

Accordingly, it is hereby ORDERED that:

1.  The February 10, 2026, findings and recommendations, ECF No. 31, are held in abeyance.

2.  Within fourteen days of the date of this order, plaintiff shall file either an opposition or statement of non-opposition to defendant's motion to dismiss.  *See* ECF No. 25.

3.  Should plaintiff fail to timely file a response to defendant's motion, the February 10, 2026 findings and recommendations will be submitted to the district judge for consideration without further court order.

IT IS SO ORDERED.

Dated:    February 19, 2026                    _____
                                              JEREMY D. PETERSON
                                              UNITED STATES MAGISTRATE JUDGE

2